**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Feld Limited Partnership** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **39-1838913** |

4. **Debtor's address**

**Principal place of business**

**300 N. Madison Street**
**Green Bay, WI 54301**
Number, Street, City, State & ZIP Code

**Brown**
County

**Mailing address, if different from principal place of business**

**PO Box 728**
**Green Bay, WI 54305**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

■ Partnership

☐ Other. Specify: _____

Case 16-20826-gmh   Doc 1   Filed 02/03/16   Page 1 of 44

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

Case 16-20326-svk    Doc 1    Filed 02/03/16    Page 2 of 44

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Feld Limited Partnership** | | Case number (*if known*) | |
|--------|------------------------------|---|--------------------------|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February  3, 2016**
                MM / DD / YYYY

**X /s/ Dennis J. Feld**                                    **Dennis J. Feld**
Signature of authorized representative of debtor           Printed name

Title   **General Partner**

**18. Signature of attorney**

**X /s/ Paul G. Swanson**                    Date **February  3, 2016**
Signature of attorney for debtor                  MM / DD / YYYY

**Paul G. Swanson**
Printed name

**Steinhilber, Swanson, Mares, Marone & McDermott**
Firm name

**107 Church Avenue**
**PO Box 617**
**Oshkosh, WI 54903-0617**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**          Email address

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Feld Limited Partnership**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐   *Schedule H: Codebtors* (Official Form 206H)
- ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 3, 2016**      *X* **/s/ Dennis J. Feld**
                                           Signature of individual signing on behalf of debtor

                                             **Dennis J. Feld**
                                             Printed name

                                             **General Partner**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Feld Limited Partnership** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMA Heating & Air Conditioning 710 Lombardi Avenue Green Bay, WI 54304** | | **goods and/or services** | | | | $373.55 |
| **Anthem Blue Cross Blue Shield PO Box 105163 Atlanta, GA 30348-5163** | | **Employee Health Insurance Payments** | | | | $6,199.52 |
| **Associated Bank 200 N. Adams Street P.O. Box 19006 Green Bay, WI 54307-9006** | | **Checking Associated Bank Checking** | | $7,200,000.00 | $142,183.00 | $7,057,817.00 |
| **Attorney Jon Anderson 414 East Walnut Street, Ste. 201 Green Bay, WI 54301** | | **legal services** | | | | $8,000.00 |
| **Brown County Treasurer P.O. Box 23600 Green Bay, WI 54305** | | **2015 Property Taxes on Commercial Real Estate** | | | | $268,125.60 |
| **Chase Cardmember Service PO Box 94014 Palatine, IL 60094-4014** | | **credit card charges for business** | | | | $3,478.00 |
| **DL Couch PO Box 570 New Castle, IN 47362** | | **goods and/or services** | | | | $902.77 |
| **Green Bay Water Utility PO Box 1210 Green Bay, WI 54305-1210** | | **Utilities** | | | | $949.79 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | | Federal Payroll Taxes | | | | $1,846.38 |
| LaPlant Architecture, LLC 1592 Rustic Way Green Bay, WI 54313 | | goods and/or services | | | | $1,504.00 |
| Larry W. Kemp 103 Acreview Drive De Pere, WI 54115 | | Wages | | | | $1,891.53 |
| Midwest Moulding & Door 991 Centennial Street Green Bay, WI 54304-7834 | | goods and/or services | | | | $1,802.22 |
| Otis Elevator Company PO Box 73579 Chicago, IL 60673-7579 | | goods and/or services | | | | $835.47 |
| Schenck & Associates 200 E. Washington Street Appleton, WI 54912 | | services | | | | $6,500.00 |
| Sharon L. Jonet 465 Laverne Drive #3 Green Bay, WI 54311 | | Wages | | | | $305.24 |
| Sign Solutions 550 North Military Ave #7 Green Bay, WI 54303 | | goods and/or services | | | | $382.21 |
| Thomas A. Klatt 1677 Forest Glen Green Bay, WI 54304 | | Wages | | | | $327.48 |
| VL roofing & Sheet Metal Inc. 1465 Donald Street Green Bay, WI 54303 | | goods and/or services | | | | $325.00 |
| Wisconsin Department of Revenue PO Box 930208 Milwaukee, WI 53293-0208 | | State Payroll Taxes | | | | $1,361.07 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wisconsin Public Service PO Box 19003 Green Bay, WI 54307-9003** | | **goods and/or services** | | | | **$1,324.36** |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

1.   **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from _Schedule A/B_...........................................................................    $    **13,495,600.00**

    1b. **Total personal property:**
      Copy line 91A from _Schedule A/B_........................................................................    $    **1,677,995.00**

    1c. **Total of all property:**
      Copy line 92 from _Schedule A/B_..........................................................................    $    **15,173,595.00**

2.   **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
   Copy the total dollar amount listed in Column A, _Amount of claim,_ from line 3 of _Schedule D_...................    $    **7,200,000.00**

3.   **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of _Schedule E/F_......................................    $    **274,010.68**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of _Schedule E/F_...................    +$    **33,358.30**

4.   **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                        $    **7,507,368.98**

Debtor name **Feld Limited Partnership**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Checking**<br>**Associated Bank Checking** | **Checking** | | $142,183.00 |
| 3.2.. | **checking**<br>**Associated Bank Money Market**<br>**checking** | **checking** | | $270,715.00 |
| 3.3.. | **checking**<br>**US Bank - no control agreement - will**<br>**pour over into DIP account** | **checking** | | $133,649.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                   | $546,547.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Case 16-20826-svk    Doc 1    Filed 02/03/16    Page 10 of 44

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 17,010.00 – 0.00 = .... $17,010.00

face amount                    doubtful or uncollectible accounts

11a. 90 days old or less: 686,000.00 – 0.00 = .... $686,000.00

face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.** $703,010.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| Investments at brokerage Edward Jones ($267,438) and a bond at RBC Investment Fund ($110,000) not specifically 14.1.. pledged - no control agreement | | $377,438.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** $377,438.00

Add lines 14 through 16. Copy the total to line 83.

**Part 5: Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software office equipment, computers, phone system, furniture, misc. office supplies** | **$0.00** | **N/A** | **$25,000.00** |
| **Vehicles consisting of 2 trucks w/ plows, managers vehicle,  -value is debtors estimate - no liens of record** | **$0.00** | | **$26,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$51,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **2450 Velp Avenue, Village of Howard, Brown County, WI** | $0.00 | Appraisal | $1,200,000.00 |
| 55.2. | **840 Challenger Drive, City of Green Bay, Brown County, WI / 2978-2990 Voyager Drive** | $0.00 | Appraisal | $2,350,000.00 |
| 55.3. | **926 Willard Drive, Village of Ashwaubenon, Brown County, WI** | $0.00 | Appraisal | $1,010,000.00 |
| 55.4. | **2321 San Luis Place, Village of Ashwaubenon, Brown County, WI** | $0.00 | Appraisal | $420,000.00 |
| 55.5. | **916 Willard Drive, Ashwaubenon, Brown County, WI** | $0.00 | Appraisal | $690,000.00 |
| 55.6. | **3010 Riverside Drive, Village of Allouez, Brown County, WI (vacant lot)** | $0.00 | **Tax records** | $305,600.00 |
| 55.7. | **3000 Riverside Drive, Village of Allouez, Brown County, WI** | $0.00 | Appraisal | $750,000.00 |
| 55.8. | **300 N. Madison Street, City of Green Bay, Brown County, WI** | $0.00 | Appraisal | $5,750,000.00 |
| 55.9. | **225 S Monroe Avenue, City of Green Bay, Brown County, WI** | $0.00 | Appraisal | $720,000.00 |
| 55.10. | **2331 San Luis Place, Village of Ashwaubenon, Brown County, WI** | $0.00 | Appraisal | $300,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $13,495,600.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Feld Limited Partnership** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $546,547.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $703,010.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $377,438.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $51,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $13,495,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,677,995.00 | + 91b. $13,495,600.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $15,173,595.00 |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Associated Bank**
Creditor's Name

**200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Checking
Associated Bank Checking**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,200,000.00**  Value of collateral: **$0.00**

**2.2** | **Associated Bank**
Creditor's Name

**200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**<90days
Uncollectable or Doubtful : Unknown
note from member**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$0.00**  Value of collateral: **$686,000.00**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Associated Bank** | | $0.00 | $17,010.00 |
|---|---|---|---|---|

Creditor's Name

**200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**<90days**
**Uncollectable or Doubtful : Unknown**
**Rent receivable from tenants**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Associated Bank** | | $0.00 | $142,183.00 |
|---|---|---|---|---|

Creditor's Name

**200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Checking**
**Associated Bank Checking**

**Describe the lien**
**possessory security interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Associated Bank** | | $0.00 | $270,715.00 |
|---|---|---|---|---|

Creditor's Name

**200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**checking**
**Associated Bank Money Market checking**

**Describe the lien**
**possessory security interest**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case number (if know) _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,200,000.00 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ronald F. Metzler<br>222 Cherry Street<br>Green Bay, WI 54301-4223 | Line **2.1** | |

Fill in this information to identify the case:

Debtor name    **Feld Limited Partnership**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268,125.60 | $ 268,125.60 |
|---|---|---|---|

**Brown County Treasurer**
**P.O. Box 23600**
**Green Bay, WI 54305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**2015 Property Taxes on Commercial Real Estate**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.38 | $ 1,846.38 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Federal Payroll Taxes**

Last 4 digits of account
number

Is the claim subject to offset?
■ No
☐ Yes

Case 16-20826-svk    Doc 1    Filed 02/03/16    Page 19 of 44

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.3**

| | |
|---|---|
| **Priority creditor's name and mailing address** | |
| **Larry W. Kemp** | |
| **103 Acreview Drive** | |
| **De Pere, WI 54115** | |

**As of the petition filing date, the claim is:**  $1,891.53   $ 1,891.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**2016**

**Basis for the claim:**
**Wages**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.4**

**Priority creditor's name and mailing address**
**Race J. Conrad**
**4010 Airport Road**
**Oconto, WI 54153**

**As of the petition filing date, the claim is:**  $99.73   $ 99.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**2016**

**Basis for the claim:**
**Wages**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (4)

---

**2.5**

**Priority creditor's name and mailing address**
**Sharon L. Jonet**
**465 Laverne Drive #3**
**Green Bay, WI 54311**

**As of the petition filing date, the claim is:**  $305.24   $ 305.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**2016**

**Basis for the claim:**
**Wages**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.6 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Thomas A. Klatt**
**1677 Forest Glen**
**Green Bay, WI 54304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$327.48      $ 327.48

**Date or dates debt was incurred**
**2016**

Basis for the claim:
**Wages**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.7 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Thomas J. Feher**
**1975 Ridgeway Drive, Apr 43**
**De Pere, WI 54115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$53.65      $ 53.65

**Date or dates debt was incurred**
**2016**

Basis for the claim:
**Wages**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.8 | | | |
|---|---|---|---|

**Priority creditor's name and mailing address**
**Wisconsin Department of Revenue**
**PO Box 930208**
**Milwaukee, WI 53293-0208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,361.07      $ 1,361.07

**Date or dates debt was incurred**
**2016**

Basis for the claim:
**State Payroll Taxes**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Feld Limited Partnership** | Case number *(if known)* | |
|--------|------|------|---|
| | Name | | |

Specify Code subsection of PRIORITY
unsecured claim:

11 U.S.C. § 507(a) (8)

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td colspan="2">**List All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$373.55** |
|---|---|---|
| **AMA Heating & Air Conditioning**<br>**710 Lombardi Avenue**<br>**Green Bay, WI 54304** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** goods and/or services | |
| Date or dates debt was incurred **2016** | **Is the claim subject to offset?** | |
| Last 4 digits of account number | ■ No<br>☐ Yes | |

**3.2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,199.52** |
|---|---|---|
| **Anthem Blue Cross Blue Shield**<br>**PO Box 105163**<br>**Atlanta, GA 30348-5163** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Employee Health Insurance Payments | |
| Date or dates debt was incurred **2016** | **Is the claim subject to offset?** | |
| Last 4 digits of account number | ■ No<br>☐ Yes | |

**3.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,000.00** |
|---|---|---|
| **Attorney Jon Anderson**<br>**414 East Walnut Street, Ste. 201**<br>**Green Bay, WI 54301** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** legal services | |
| Date or dates debt was incurred **2016** | **Is the claim subject to offset?** | |
| Last 4 digits of account number | ■ No<br>☐ Yes | |

**3.4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,478.00** |
|---|---|---|

---

Debtor **Feld Limited Partnership**

Name

Case number (if known) _____

**Chase Cardmember Service**
**PO Box 94014**
**Palatine, IL 60094-4014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card charges for business**

Date or dates debt was incurred **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $902.77 |

**DL Couch**
**PO Box 570**
**New Castle, IN 47362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Date or dates debt was incurred **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $949.79 |

**Green Bay Water Utility**
**PO Box 1210**
**Green Bay, WI 54305-1210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Date or dates debt was incurred **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $51.45 |

**LaForce Inc.**
**1060 W Mason Street**
**PO Box 10068**
**Green Bay, WI 54307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

| | |
|---|---|
| Date or dates debt was incurred    **2016** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,504.00** |
| | **LaPlant Architecture, LLC** | Check all that apply. | |
| | **1592 Rustic Way** | ☐ Contingent | |
| | **Green Bay, WI 54313** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim:   **goods and/or services** | |

| | |
|---|---|
| Date or dates debt was incurred    **2016** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27.74** |
| | **Martin Hardware** | Check all that apply. | |
| | **1949 E Mason Street** | ☐ Contingent | |
| | **Green Bay, WI 54302** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim:   **goods and/or services** | |

| | |
|---|---|
| Date or dates debt was incurred    **2016** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.10 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$292.95** |
| | **Martin Security** | Check all that apply. | |
| | **2744 Manitowoc Road** | ☐ Contingent | |
| | **Green Bay, WI 54311** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim:   **goods and/or services** | |

| | |
|---|---|
| Date or dates debt was incurred    **2016** | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.11 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,802.22** |

| Debtor | **Feld Limited Partnership** | Case number (if known) |
|---|---|---|
| | Name | |

**Midwest Moulding & Door**
**991 Centennial Street**
**Green Bay, WI 54304-7834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.47 |
|---|---|---|---|

**Otis Elevator Company**
**PO Box 73579**
**Chicago, IL 60673-7579**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.22 |
|---|---|---|---|

**Paulson Hardware Inc.**
**2248 S Ridge Road**
**Green Bay, WI 54304-4364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.40 |
|---|---|---|---|

**Rae-Cor Distributing LLC**
**920 Klaus Street**
**Green Bay, WI 54302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods and/or services**

---

| | |
|---|---|
| Date or dates debt was incurred **2016** | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No |
| | ☐ Yes |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,500.00** |
|---|---|---|---|

**Schenck & Associates**
**200 E. Washington Street**
**Appleton, WI 54912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services**

| | |
|---|---|
| Date or dates debt was incurred **2015-6** | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No |
| | ☐ Yes |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15.35** |
|---|---|---|---|

**Sherwin Williams Co**
**2222 Main Street**
**Green Bay, WI 54302-3714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and/or services**

| | |
|---|---|
| Date or dates debt was incurred **2016** | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No |
| | ☐ Yes |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$382.21** |
|---|---|---|---|

**Sign Solutions**
**550 North Military Ave #7**
**Green Bay, WI 54303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods and/or services**

| | |
|---|---|
| Date or dates debt was incurred **2016** | Is the claim subject to offset? |
| Last 4 digits of account number | ■ No |
| | ☐ Yes |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.95** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.55 |
|---|---|---|---|

**Village of Allouez**
**1900 Libal St.**
**Green Bay, WI 54301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 |
|---|---|---|---|

**VL roofing & Sheet Metal Inc.**
**1465 Donald Street**
**Green Bay, WI 54303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **goods and/or services**

Date or dates debt was incurred    **2016**

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,324.36 |
|---|---|---|---|

**Wisconsin Public Service**
**PO Box 19003**
**Green Bay, WI 54307-9003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **goods and/or services**

Date or dates debt was incurred     **2016**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37.80 |
|---|---|---|---|

**WW Grainger**
**Dept 803716513**
**Palatine, IL 60038-0001**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:     **goods and/or services**

Date or dates debt was incurred     **2016**

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

Part 3:     **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Part 4:     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 274,010.68 |
| **5b. Total claims from Part 2** | 5b. + | $ 33,358.30 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 307,368.98 |

**Fill in this information to identify the case:**

Debtor name    **Feld Limited Partnership**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **list will be filed at a later date** | |
|      State the term remaining | |
|      List the contract number of any government contract | **All tenants under lease** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Feld Limited Partnership**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Dennis Feld** | **300 N. Madison St.**<br>**Green Bay, WI 54301**<br>**Unlimited guarantee of Associated Bank debt** | **Associated Bank** | ☑ D    **2.1** ____<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Feld Limited Partnership**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known)

☐ Check if this is an
   amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other  **Operating a Business - approx.** | **$214,000.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$2,629,388.19** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$2,518,403.79** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | **Investment Income** | **$34,000.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | **Investment Income** | **$72,000.00** |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Associated Bank 200 N. Adams Street P.O. Box 19006 Green Bay, WI 54307-9006** | **Bank has frozen depository accounts in its possession** Last 4 digits of account number: _____ | **Feb. 3, 2016** | **Unknown** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steinhilber, Swanson, Mares, Marone & Mc<br>107 Church Avenue<br>PO Box 617<br>Oshkosh, WI 54903-0617** | **Attorney Fees - retainer - earned fees taken on filing and balance held in trust pending application and Order of the Court** | **2-3-16** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | | Sold the Columbus Office Building at<br>Walnut St., Green Bay, WI at the<br>insistence of Associated Bank.  Bank got<br>proceeds subject to allocation back of a<br>portion of the purchase price to cover<br>taxes on the gain on sale - Bank has | | |
| | Ronald Smits<br>Green Bay, WI 54301 | since reneged on its promise | July 2015 | $800,000.00 |
| | Relationship to debtor<br>BFP | | | |

---

**Part 7:**  Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension<br>or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Mary Lindstrom CPA**<br>**Green Bay, WI 54301** | **continuous** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Mary Lindstrom**<br>**Green Bay, WI 54301** | **Debtor keeps day to day books and records. CPA firm does monthly reports and tax returns.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Associated Bank**<br>**200 N. Adams Street**<br>**P.O. Box 19006**<br>**Green Bay, WI 54307-9006** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Dennis Feld | 300 N. Madison St. Green Bay, WI 54301 | Managing member of general partner of Ltd. Partnership | 100% of General Partner (Feld Properties, LLC) and 87.43% of Limited Partnership interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Emily B. Feld | | Ltd Ptnr. | 4.19% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Justin D. Feld | | Ltd. Ptnr. | 4.19% |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Megan M. Feld | | Ltd. Ptnr. | 4.19% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☒ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value Services rendered - full time manager of the debtors business - all aspects |
|---|---|---|---|---|
| 30.1. | **Dennis Feld** | **$130,000 salary also took a draw of $50,000 in January 2016** | **Annual - paid weekly** | |
| | Relationship to debtor **Manager of the debtor and majority owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 3, 2016**

**/s/ Dennis J. Feld**                   **Dennis J. Feld**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **General Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Feld Limited Partnership**
_____  Case No. _____
                                                    Debtor(s)         Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...........................................  $ _____**50,000.00**

    Prior to the filing of this statement I have received ..............................  $ _____**50,000.00**

    Balance Due ...................................................................................  $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    **Note: see application to hire filed on the docket for specifics of fee agreement**

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February  3, 2016**
_____          **/s/ Paul G. Swanson**
_Date_                                    **Paul G. Swanson**
                                          _Signature of Attorney_
                                          **Steinhilber, Swanson, Mares, Marone & McDermott**
                                          **107 Church Avenue**
                                          **PO Box 617**
                                          **Oshkosh, WI 54903-0617**
                                          **920-235-6690  Fax: 920-426-5530**
                                          _Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __Feld Limited Partnership__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **General Partner** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __February 3, 2016__

Signature __/s/ Dennis J. Feld__

__Dennis J. Feld__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Feld Limited Partnership**        Case No.

Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 3, 2016**        **/s/ Dennis J. Feld**

**Dennis J. Feld**/General Partner
Signer/Title

All tenants under lease


AMA Heating & Air Conditioning
710 Lombardi Avenue
Green Bay, WI 54304

Anthem Blue Cross Blue Shield
PO Box 105163
Atlanta, GA 30348-5163

Associated Bank
200 N. Adams Street
P.O. Box 19006
Green Bay, WI 54307-9006

Attorney Jon Anderson
414 East Walnut Street, Ste. 201
Green Bay, WI 54301

Brown County Treasurer
P.O. Box 23600
Green Bay, WI 54305

Chase Cardmember Service
PO Box 94014
Palatine, IL 60094-4014

Dennis Feld
300 N. Madison St.
Green Bay, WI 54301

DL Couch
PO Box 570
New Castle, IN 47362

Green Bay Water Utility
PO Box 1210
Green Bay, WI 54305-1210

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

LaForce Inc.
1060 W Mason Street
PO Box 10068
Green Bay, WI 54307

LaPlant Architecture, LLC
1592 Rustic Way
Green Bay, WI 54313

Larry W. Kemp
103 Acreview Drive
De Pere, WI 54115

Martin Hardware
1949 E Mason Street
Green Bay, WI 54302

Martin Security
2744 Manitowoc Road
Green Bay, WI 54311

Midwest Moulding & Door
991 Centennial Street
Green Bay, WI 54304-7834

Otis Elevator Company
PO Box 73579
Chicago, IL 60673-7579

Paulson Hardware Inc.
2248 S Ridge Road
Green Bay, WI 54304-4364

Race J. Conrad
4010 Airport Road
Oconto, WI 54153

Rae-Cor Distributing LLC
920 Klaus Street
Green Bay, WI 54302

Ronald F. Metzler
222 Cherry Street
Green Bay, WI 54301-4223

Schenck & Associates
200 E. Washington Street
Appleton, WI 54912

Sharon L. Jonet
465 Laverne Drive #3
Green Bay, WI 54311

Sherwin Williams Co
2222 Main Street
Green Bay, WI 54302-3714

Sign Solutions
550 North Military Ave #7
Green Bay, WI 54303

Thomas A. Klatt
1677 Forest Glen
Green Bay, WI 54304

Thomas J. Feher
1975 Ridgeway Drive, Apr 43
De Pere, WI 54115

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002

Village of Allouez
1900 Libal St.
Green Bay, WI 54301

VL roofing & Sheet Metal Inc.
1465 Donald Street
Green Bay, WI 54303

Wisconsin Department of Revenue
PO Box 930208
Milwaukee, WI 53293-0208

Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003

WW Grainger
Dept 803716513
Palatine, IL 60038-0001